**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ivan Alfonso Villarreal URIBE, also known as Chino, also known as Juan Montelongo–Garcia, Defendant–Appellant.**

**No. 09–20738**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 8, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Mark J. Ash, Mark Ash & Associates, P.C., Houston, TX, for Defendant–Appellant.

Ivan Alfonso Villarreal Uribe, McRae, GA, pro se.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ivan Alfonso Villarreal Uribe has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967). Villarreal Uribe has filed a response in the form of a brief. In accordance with this Court's order, counsel filed a transcript of the sentencing hearing and further *Anders* briefing. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.